# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA SLIVAK, Individually and on Behalf of All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **PHILLY TRAMPOLINE PARKS, LLC, doing business as SKY ZONE, 10551 DECATUR ROAD INVESTMENTS, L.P., and DECATUR ROAD CORPORATION** | : : : : | **NO. 18-3625** |

## ORDER

**NOW**, this 25th day of September, 2018, upon consideration of the parties' Stipulation to Extend Time to Answer Complaint (Document No. 10), it is **ORDERED** that the defendants shall answer the complaint no later than **October 30, 2018.**

/s/TIMOTHY J. SAVAGE