# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA SLIVAK, Individually and on Behalf of All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **PHILLY TRAMPOLINE PARKS, LLC, doing business as SKY ZONE, 10551 DECATUR ROAD INVESTMENTS, L.P., and DECATUR ROAD CORPORATION** | : : : : | **NO. 18-3625** |

## ORDER

**NOW**, this 10th day of October, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE